Scott D. Sherman, Esquire
MINION & SHERMAN
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
Phone:       (973) 882-2424
Fax:         (973) 882-0856
Email:       ssherman@minionsherman.com
Attorneys for Leslie Michelson and Randy Michelson
as assignees of Glikin Brothers, Inc.

|  |  |
|---|---|
| In the Matter of: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br>CASE NO. 08-10306-MBK |
| VINOD GORIGE | |
| Debtor. | |
| | **NOTICE OF MOTION FOR<br>PAYMENT OF UNCLAIMED FUNDS**<br><br>Returnable: 11/12/2013<br>9:00 a.m. |

To:

**Albert Russo**
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

**Office of the US Trustee**
One Newark Center
Suite 2100
Newark, NJ 07102-5504

**Marc C. Capone**
Capone and Keefe, PC
60 Highway 71
Unit 2
Spring Lake Heights, NJ 07762

PLEASE TAKE NOTICE that on November 12, 2013 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for LESLIE MICHELSON and RANDY MICHELSON will move before the Honorable Michael B. Kaplan, **United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey** for an ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO LESLIE MICHELSON and RANDY MICHELSON as assignees of Glikin Brothers, Inc. AND THEIR ATTORNEYS MINION & SHERMAN

ANY OBJECTIONS to this Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court in the time required by the Rules of Court, at the address listed in the preceding paragraph.

APPEARANCES shall be required only if opposition is filed.

Dated: 10-22-2013

MINION & SHERMAN

By: /s/ Scott D. Sherman
Scott D. Sherman