# ACTION BY WRITTEN CONSENT

## OF

## THE DIRECTORS AND THE SHAREHOLDERS

## OF

## GLIKIN BROTHERS, INC.

The undersigned, being all of the members of the Board of Directors and all of the Shareholders of Glikin Brothers, Inc., a New Jersey corporation (the "Corporation"), acting pursuant to Section 14A:5-6 and Section 14A:6-7.1 of the New Jersey Business Corporation Act, as the same may be amended and supplemented, hereby adopt, by this written consent, the following resolutions with the same force and effect as if they had been unanimously adopted at a duly convened joint meeting of the Board of Directors and the Shareholders of the Corporation and directs that this written consent be filed with the minutes of the proceedings of the Corporation.

WHEREAS, the Corporation holds a claim (the "Claim") against the bankruptcy estate of Vinod Gorige, Case No. 08-10306, pending in the United States Bankruptcy Court for the District of New Jersey (the "Court"); and

WHEREAS, unclaimed funds on account of the Claim in the approximate amount of $19,080.36 (the "Unclaimed Funds") have recently been deposited with the Clerk of the Court;

WHEREAS, Leslie Michelson and Randy have worked diligently and without compensation on numerous matters for the benefit of the Corporation for over five years and among other services to the Corporation, discovered the existence of the Unclaimed Funds;

Assignment Resolution

WHEREAS, the Corporation desires to recognize the beneficial services of Leslie Michelson and Randy Michelson;

NOW, THEREFORE, BE IT:

RESOLVED, that the Corporation hereby assigns one-half of its claim to the Unclaimed Funds to Leslie Michelson and one-half of its claim to the Unclaimed Funds to Randy Michelson;

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors and Shareholders of Glikin Brothers, Inc. have executed this written consent on this 9th day of October 2013.

**DIRECTORS:**

_____
RANDY MICHELSON

_____
LESLIE MICHELSON

SIGNATURES CONTINUED ON NEXT PAGE

Assignment Resolution

2

**SHAREHOLDERS:**

_____
RANDY MICHELSON

_____
LESLIE MICHELSON

_____
JEREMY MICHELSON


EUNICE MICHELSON

By: _____
Randy Michelson, Her Attorney in Fact

By: _____
Leslie Michelson, Her Attorney in Fact

Assignment Resolution

3